THE OCEAN NATIONAL BANK, Respondent, *v.* SELAH C. CARLL, Appellant.

*Receiver of national bank — power of State court over — U. S. Rev. St.,* §§ 5234–5236.

After the entry of a judgment for costs against the plaintiff, a receiver was appointed by the controller of the currency, under section 50 of the national banking act. *Held,* that the court cannot order the receiver to pay the costs; first, because the receiver was not a party to the record, and, secondly, because he is not an officer of the court, and is bound to pay over all moneys collected into the United States treasury.

APPEAL from an order of special term, denying defendant's motion that the receiver of the Ocean National Bank (the plaintiff) pay, out of the moneys in his hands, the judgment in favor of the defendants for costs in the action.

*Nelson Smith,* for the appellant.    *Dunning, Edsall & Hart,* for the respondent.

Opinion by DAVIS, P. J.    BRADY and DANIELS, JJ., concurred.

Order affirmed, with ten dollars costs and disbursements.